IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02243-LTB-BNB

CARRIE HOWARD,

Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **February 27, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated February 13, 2008.

BY THE COURT:

　s/ Boyd N. Boland　　　　　　　
United States Magistrate Judge